**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    v.                                      Criminal No. 05-cr-093-01-JM

<u>Korey Gilman</u>

## <u>O R D E R</u>

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant did not contest the bail violations and stipulated to detention.  The conditions of release are revoked.

Accordingly, it is **<u>ORDERED</u>** that the defendant be detained pending the hearing on revocation of supervised release.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United

States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**.

James R. Muirhead
United States Magistrate Judge

Date: July 21, 2005

cc:   Clyde R.W. Garrigan, Esq.
      Bjorn R. Lange, Esq.
      U.S. Marshal
      U.S. Probation

2